

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:          Genevia Ann Davis v. The State of Texas

Appellate case number:    01-18-00827-CR

Trial court case number:  1535200

Trial court:                        232nd District Court of Harris County

      Appellant's brief was due on February 27, 2019. No brief or motion for extension was filed. Notice that the brief was overdue issued on March 13, 2019. No brief or motion for extension was filed. On May 7, 2019, this Court abated the appeal and remanded to the trial court for a hearing to determine why the brief had not been filed. Appellant has now filed a motion for extension.

      The order of May 7, 2019 abating the appeal is **withdrawn** and the appeal is **reinstated** on the active docket. The motion for extension is **granted**. Appellant's brief shall be filed **on or before June 17, 2019**. No further extensions will be granted absent a showing of extraordinary circumstances.

      It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
          ☒    Acting individually   ☐ Acting for the Court

Date: ___May 23, 2019____